**Order entered May 21, 2013**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

No. 05-12-01376-CR
No. 05-12-01377-CR
No. 05-12-01378-CR
No. 05-12-01448-CR

**JESSE CARL CASTILLO, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 363rd Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause Nos. F12-40677-W, F11-40913-W, F11-40914-W, F11-40924-W**

## ORDER

The Court **REINSTATES** the appeals.

On April 23, 2013, we ordered the trial court to make findings regarding why appellant's brief had not been filed. On May 17, 2013, we received appellant's brief, together with an extension motion. Therefore, in the interest of expediting the appeals, we **VACATE** the April 23, 2013 order requiring findings.

We **GRANT** appellant's May 17, 2013 extension motion and **ORDER** appellant's brief filed as of the date of this order.

/s/ DAVID EVANS
   JUSTICE